UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MCKESSON CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>vs.<br><br>CAREMEDS PHARMACY, INC., a California corporation; and DARIN PETERSON, an individual<br><br>Defendants. | Case No. 8:24-cv-01526-DOC-KES<br>Assigned to Hon. David O. Carter; Hon. Karen E. Scott (Magistrate)<br><br>**STIPULATED FINAL JUDGMENT**<br>**[25]**<br><br>Complaint Served: July 15, 2024 |

The Court has reviewed and considered the Stipulation for Immediate Entry of Final Judgment in Plaintiff's Favor and Against Defendants ("Stipulation") between Plaintiff McKesson Corporation ("Plaintiff") and Defendants CareMeds Pharmacy, Inc., a California corporation ("CareMeds") and Darin Peterson ("Peterson", collectively with CareMeds, "Defendants", and together with Plaintiff, "the Parties"). The Parties' Stipulation permits Plaintiff to recover a final judgment of Eight Hundred Eighty Thousand One Hundred Fifty-Four and 34/100th United States Dollars ($880,154.34) against Defendants. The Stipulation also permits Plaintiff to recover post-judgment interest at the rate of eight percent (8%) per annum. Based on

**STIPULATED FINAL JUDGMENT**

this Stipulation, the Court finds good cause exists to grant the Parties' Stipulation and to immediately enter Final Judgment in favor of Plaintiff and against the Defendants.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

Final Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, as follows:

A.   Plaintiff may recover from Defendants CareMeds Pharmacy, Inc., a California corporation and Darin Peterson, jointly and severally, the amount of Eight Hundred Eighty Thousand One Hundred Fifty-Four and 34/100th United States Dollars ($880,154.34) (the "Judgment Amount"). Post-judgment interest will accrue on the judgment as of the judgment's entry date at the rate of eight percent (8%) per annum until this Final Judgment is satisfied. This Final Judgment is final for all purposes.

B.   The Court enters this Final Judgment for the full Judgment Amount in Plaintiff's favor and against Defendants CareMeds and Peterson.

C.   Plaintiff is entitled to recover its reasonable attorneys' fees and costs incurred in any post-judgment collection efforts in enforcing this Final Judgment.

D.   Nothing in this Final Judgment shall limit the terms of the Parties' Confidential Settlement and Mutual Release Agreement ("Confidential Settlement Agreement") or otherwise impair the performance or enforcement of the terms of the Parties' Confidential Settlement Agreement and in the event of any inconsistency between this Final Judgment, on the one hand, and the Confidential Settlement Agreement, the terms of the Confidential Settlement Agreement shall control.

E.   Plaintiff is entitled to argue that Defendants' obligations to Plaintiff, including under the Parties' Confidential Settlement Agreement, the Stipulation and this Final Judgment, are not dischargeable pursuant to 11 U.S.C. § 523 should either of the Defendants file for bankruptcy protection under any section of Title 11 of the United States Code.

**STIPULATED FINAL JUDGMENT**

F. That the Parties shall be subject to the jurisdiction of this Court in connection with any dispute relating to or arising out of the enforcement of the terms of this Final Judgment.

Dated: \_\_\_\_\_October 22\_\_\_\_\_, 2024

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE